ance with the provisions of section 299 of the Code of Civil Procedure as amended by Act No. 70 of March 9, 1911. *Mr. Pedro Gómez Lasserre* for respondent. The appellant did not appear.

———

No. ——. MAS ET AL., PLAINTIFFS AND APPELLANTS, *v.* BORINQUEN SUGAR COMPANY, DEFENDANT AND RESPONDENT.—Appeal from the District Court of Humacao. Motion of appellant for leave to withdraw his appeal. Decided October 6, 1913. Motion denied because of failure to show in any way the date of the judgment appealed from and of the filing of the appeal. *Messrs. Aponte & Aponte* for appellants. *Messrs. Alvarez Nava* and *Domínguez* for respondent.

———

No. 615. THE PEOPLE, RESPONDENT, *v.* GONZÁLEZ, APPELLANT.—Appeal from the District Court of Aguadilla. Motion of *fiscal* to strike certain documents from the record. Decided October 10, 1913. Motion sustained. *Mr. Charles E. Foote, fiscal,* for The People. *Mr. Pedro Manzano Aviño* for appellant.

———

No. 619. THE PEOPLE, RESPONDENT, *v.* RIVERA, APPELLANT.—Appeal from the District Court of Guayama. Decided October 10, 1913. Judgment appealed from affirmed. *Mr. Charles E. Foote, fiscal,* for The People. The appellant did not appear.

———

No. 1036. THE FAJARDO SUGAR COMPANY, PLAINTIFF AND APPELLANT, *v.* SANTIAGO ET AL., DEFENDANTS AND RESPONDENTS.—Appeal from the District Court of San Juan, Section 1. Motion of the respondents to dismiss the appeal. De-